# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
Case No.:

LARISSA SILVEIRA,

    Plaintiff,

v.

BARDAN INTERNATIONAL, INC., and
MARIA BENITEZ

    Defendant(s).                              /

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, BARDAN INTERNATIONAL, INC. and MARIA BENITEZ, by and through their undersigned counsel, hereby remove this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2017-006587-CA-01, to the United States District Court for the Southern District of Florida. This Notice of Removal is timely and warranted under applicable law, as explained below.

## THE UNDERLYING ACTION

On March 20, 2017, Plaintiff, Larissa Silveira, filed an action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida captioned Larissa Silveira v. Bardan International, Inc. and Maria Benitez, Case No. 2017-006587-CA-01. The Complaint contains two counts, one which alleges a violation of federal law – the Fair Labor Standards Act, 29 U.S.C. § 216 and a state law cause of action for battery.

## TIMING OF REMOVAL AND ATTACHMENTS

The Complaint was served on the Defendant on March 28, 2017. This Notice of Removal is filed within the time period authorized by 28 U.S.C. § 1446(b). In accordance with 28 U.S.C. § 1446(a), copies of this process, pleadings, and orders served on Defendants and a Docket Sheet for

the state court lawsuit are attached as Composite Exhibit "A."

## VENUE

Venue lies in the United States District Court for the Southern District of Florida, Miami-Dade Division, pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1441(c) and 28 U.S.C. § 89(c).

## FEDERAL SUBJECT MATTER JURISDICTION

Federal jurisdiction is appropriate pursuant to 28 U.S.C. § 1331 because Count I of Plaintiff's claim Complaint arises under the Constitution, law, or treaties of the United States. As a result, removal is appropriate under 28 U.S.C. § 1441:

(a) Generally. Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

## NOTICE

Concurrent with the filing of this Notice of Removal, Defendants will file a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida in accordance with 28 U.S.C. § 1446(d) and will attach a copy of this Notice of Removal thereto. A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit "B."

## NON-WAIVER OF DEFENSES

Nothing in this Notice shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defenses or its substantive rights.

ACCORDINGLY, this Court has jurisdiction over this matter, pursuant to 28 U.S.C. §§ 1441 and 1446.

GALLUP AUERBACH • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web: gallup-law.com

**GALLUP AUERBACH**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, FL 33021
t: (954) 894-3035
f (954) 894-8015
e: dgallup@gallup-law.com
*Attorneys for Defendants*

By: **/s/ *Dana M. Gallup***
      Dana M. Gallup, Esq.
      Fla Bar. No: 0949329

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 26th day of April 2017, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronic Notices of Electronic Filing.

          By:    ***/s/ Dana M. Gallup***
                   Dana M. Gallup, Esq.

**SILVEIRA V. BARDAN INTERNATIONAL, INC. ET AL.**
**CASE NO.: _____**

**SERVICE LIST**

| | |
|---|---|
| Dana M. Gallup, Esq. | Jonathan S. Minick, Esq. |
| FBN: 949329 | FBN: 88743 |
| **GALLUP AUERBACH** | **JONATHAN S. MINICK, P.A.** |
| 4000 Hollywood Boulevard | 1850 SW 8th Street |
| Presidential Circle-Suite 265 South | Suite 307 |
| Hollywood, Florida 33021 | Miami, FL 33135 |
| | |
| T: 954-894-3035 | T: (786) 441-8909 |
| F: 954-894-8015 | F: (786) 523-0610 |
| | |
| dgallup@gallup-law.com | jminick@jsmlawpa.com |
| | |
| *Counsel for Defendants* | *Counsel for Plaintiff* |
| | |
| Via E-Mail | Via E-Mail |